# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: AMERICAN MEDICAL COLLECTION AGENCY, INC. CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>This Document Relates To: *Jilek et al. v. Retrieval-Masters Creditors Bureau, Inc. et al.* Civil Action No. 19-16983(MCA)(MAH) | Civil Action No. 19-md-2904 (MCA)(MAH)<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Ashley Jilek and LaTorrie Glover-Brown, by and through their undersigned counsel, hereby voluntarily dismiss without prejudice each claim against Defendant Retrieval-Masters Creditors Bureau, Inc. d/b/a American Medical Collection Agency, Quest Diagnostics, Inc., Optum360, and Laboratory Corporation of America Holdings d/b/a LabCorp. Plaintiffs Ashley Jilek and LaTorrie Glover-Brown each reserve the right to proceed in this matter as absent class members.

DATED:   June 17, 2022

CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.
*Lead Counsel for Plaintiffs*

By:   */s/ Lindsey H. Taylor*
       LINDSEY H. TAYLOR

SO ORDERED

*s/Madeline Cox Arleo*
MADELINE COX ARLEO, U.S.D.J.

Date: 6/27/22